Larry C. WEST, Plaintiff—Appellant,

v.

G.C. WALL, Detective, Homicide Squad of the Norfolk Police Department, Defendant—Appellee.

No. 07–1283.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 5, 2007.

Decided: Sept. 18, 2007.

Larry C. West, Appellant Pro Se. Bernard Anthony Pishko, Melvin Wayne Ringer, City Attorney's Office, Norfolk, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry C. West appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *West v. Wall,* No. 2:06–cv–00640–RAJ (E.D.Va. Mar. 19, 2007). We deny West's motions for general relief and dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*